Shellie Lott, SBN:    246202
CERNEY KREUZE & LOTT, LLP
42 N. Sutter Street, Suite 400
Stockton, CA 95202
Telephone:  (209) 948-9384


Attorney for Plaintiff




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH


| | |
|---|---|
| SHERI LEANNE QUALLS, | Case No.  1:14-CV-02055-BAM |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A CONFIDENTIAL LETTER BRIEF TO DEFENDANT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Confidential Letter Brief to Defendant in the above-referenced case is hereby extended from the present due date of June 12, 2015, by forty-five days, to the new due date of July 27, 2015, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff's attorney is still out on maternity leave.  Upon return, she has a very heavy briefing schedule.

///

///

1

| | |
|---|---|
| DATED: June 11, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/ Timothy Bolin*<br>TIMOTHY BOLIN,<br>(As approved via E-mail by Jean M. Turk on 6/11/15)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

# **ORDER**

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Confidential Letter Brief to Defendant, the request is hereby APPROVED.  Plaintiff shall file her Confidential Letter Brief to Defendant on or before **July 27, 2015.**  All other dates set forth in the Court's scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 18, 2015**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE