BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SHERI LEANNE QUALLS, | Case No. 1:14-cv-02055-BAM |
| Plaintiff, | JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), ORDER OF REMAND, AND ENTRY OF JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Sheri Leanne Qualls (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence consistent with 20 C.F.R. § 416.927, and Social Security Rulings (SSRs) 96-2p and 96-5p. The Appeals Council will further instruct the ALJ to reassess the credibility of Plaintiff's subjective complaints consistent with 20 C.F.R. § 416.929 and SSR 96-7p. Finally, the Appeals Council will instruct the ALJ to further evaluate whether Plaintiff has the residual functional capacity to perform her past relevant work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given her age, education, vocational factors, and residual functional capacity.

The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: *August 20, 2015*   /s/ Shellie Lott
SHELLIE LOTT
Attorney for Plaintiff

Date: *August 20, 2015*   BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

 /s/ Timothy R. Bolin
TIMOTHY R. BOLIN
Special Assistant United States Attorney

///
///

2

**ORDER**

Based on the foregoing joint stipulation (Doc. 15), IT IS HEREBY ORDERED that this case be remanded to the Social Security Administration for further proceedings consistent with the joint stipulation, and that judgment be entered for Plaintiff.

IT IS SO ORDERED.

Dated:   **August 24, 2015**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE