McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| SHERI LEANNE QUALLS,<br><br>    Plaintiff,<br><br>        v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 1:14-cv-02055-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to December 23, 2019, for Defendant to file his response to Plaintiff's Counsel's Motion for Attorney Fees (CR 20). Defendant respectfully requests this extension to enable additional time to research the amount of Plaintiff's past-due benefit award. This has been complicated by the passage of time since the award, and the lack of staffing due to the impending holiday.

////

////

Extend Stip; 1:14-cv-02055-BAM        -1-

The parties further stipulate that any subsequent reply by Plainiff or her Counsel shall be modified accordingly.

Date: <u>November 22, 2019</u>   Respectfully submitted,

Cerney Kreuze & Lott, LLP

By: <u>/s/ *Shellie Lott*</u>\*
SHELLIE LOTT
\*By email authorization

Attorney for Plaintiff

Date: <u>November 22, 2019</u>   McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By: <u>/s/ *Timothy R. Bolin*</u>
TIMOTHY R. BOLIN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' stipulation, and good cause appearing, Defendant's response to Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act (Doc. 20), which is currently due on or before December 9, 2019 (Doc. 22)**,** shall be filed by **December 23, 2019**. Plaintiff's reply, if any, shall be filed on or before **January 6, 2020**. Counsel for the parties is reminded that they are strongly encouraged to meet and confer and resolve this motion without further Court involvement.

IT IS SO ORDERED.

Dated: **November 25, 2019**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

Extend Stip; 1:14-cv-02055-BAM          -3-