**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERI LEANNE QUALLS<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,[1] Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-02055-BAM<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY COURT ORDER REGARDING MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 406(b)**<br><br>(Doc. No. 28)<br><br>**FOURTEEN (14) DAY DEADLINE** |

On November 7, 2019, Shellie Lott, counsel for Plaintiff Sheri Leanne Qualls ("Plaintiff") filed a motion for attorneys' fees pursuant to 42 U.S.C. § 406(b). (Doc. No. 20.) On December 20, 2019, counsel for Plaintiff filed an amended motion for attorneys' fees pursuant to 42 U.S.C. § 406(b). (Doc. No. 25.) On December 23, 2019, the Commissioner of Social Security filed a statement of non-opposition to the amended motion. (Doc. No. 27.) However, neither motion indicated whether Plaintiff was served with copies or otherwise notified of the motion and amended motion and provided an opportunity to respond. (*See* Doc. Nos. 20, 25.) Accordingly, on February 3, 2020, the Court issued an order directing counsel for Plaintiff to promptly serve Plaintiff with copies of the motion, the amended motion, and the Court's February 3, 2020 order and to promptly file proof of such service with the Court. (Doc. No. 28.) To date, counsel for Plaintiff has not complied with the Court's order and has not submitted the required proof of service.

---

[1] Andrew M. Saul is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul is substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit.

1

Local Rule 110 provides that counsel or a party's failure to comply with any order of the Court may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.

Accordingly, Shellie Lott, counsel for Plaintiff, is HEREBY ORDERED to SHOW CAUSE why sanctions should not be imposed against her for failure to comply with the Court's order counsel to promptly serve Plaintiff with copies of the motion for attorney's fees (Doc. No. 20), the amended motion for attorneys' fees (Doc. No. 25), and the Court's February 3, 2020 order (Doc. No. 28) and to promptly file proof of such service with the Court. Ms. Lott shall file a written response to this order to show cause within **fourteen (14) days** of service of this order. Ms. Lott may also comply with this order by filing the required proof of service.

**Failure to respond to this order to show cause may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: **February 24, 2020**         /s/ *Barbara A. McAuliffe*
               UNITED STATES MAGISTRATE JUDGE