# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI LEANNE QUALLS,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,[1] Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-02055-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. No. 29) |

On November 7, 2019, Shellie Lott, counsel for Plaintiff Sheri Leanne Qualls ("Plaintiff") filed a motion for attorneys' fees pursuant to 42 U.S.C. § 406(b). (Doc. No. 20.) On December 20, 2019, counsel for Plaintiff filed an amended motion for attorneys' fees pursuant to 42 U.S.C. § 406(b). (Doc. No. 25.) On December 23, 2019, the Commissioner of Social Security filed a statement of non-opposition to the amended motion. (Doc. No. 27.) However, neither motion indicated whether Plaintiff was served with copies or otherwise notified of the motion and amended motion and provided an opportunity to respond. (*See* Doc. Nos. 20, 25.) Accordingly, on February 3, 2020, the Court issued an order directing counsel for Plaintiff to promptly serve Plaintiff with copies of the motion, the amended motion, and the Court's February 3, 2020 order and to promptly file proof of such service with the Court. (Doc. No. 28.)

---

[1] Andrew M. Saul is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul is substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit.

1

On February 24, 2020, after no proof of service had been filed, the Court issued an Order to Show Cause why sanctions should not be imposed for failure to comply with the Court's February 3, 2020 order. (Doc. No. 29.) Counsel was permitted to comply with the Order to Show Cause by filing the requested proof of service. (*Id.*) On February 26, 2020, counsel for Plaintiff filed a written response to the Court's Order to Show Cause. (Doc. No. 30.) Counsel apologized for failing to respond to the Court's February 3, 2020 order and explained that she did not receive the order due to an error with her office's e-mail notification system. (Doc. No. 30-1.) However, counsel clarified that she had previously served Plaintiff with copies of the motion and amended motion by mail and further provided a proof of service of the motion, amended motion, and the Court's February 3, 2020 order. (Doc. No. 30-2.) In light of counsel's response, the Court will discharge the Order to Show Cause issued February 24, 2020.

Accordingly, IT IS HEREBY ORDERED THAT the Court's Order to Show Cause issued February 24, 2020 (Doc. No. 29) is HEREBY DISCHARGED and no sanctions will be imposed.

IT IS SO ORDERED.

Dated: __**March 2, 2020**__   ____/s/ Barbara A. McAuliffe____
                                                                      UNITED STATES MAGISTRATE JUDGE